01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  KAREN REMBERT,                     )
                                       )
09            Plaintiff,               )    CASE NO. C10-0961-MJP
                                       )
10        v.                           )
                                       )    REPORT AND RECOMMENDATION
11  MICHAEL ASTRUE,                    )
    Commissioner of Social Security,   )
12                                     )
              Defendant.               )
13  _____   )

14        Plaintiff Karen Rembert brought this action to seek judicial review of the denial of her

15  applications for Disability Insurance Benefits and Supplemental Security Income by the

16  Commissioner of the Social Security Administration.   The parties have now stipulated that this

17  case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).   (Dkt.

18  13.)

19        Based on the stipulation of the parties, the Court recommends that this case be

20  **REVERSED** and **REMANDED** for further administrative proceedings.   The parties agree

21  that, on remand, the Administrative Law Judge will:   (1) reevaluate the medical evidence; (2)

22  develop the record and conduct any further proceedings as necessary; (3) consider all of

REPORT AND RECOMMENDATION
PAGE -1

01  plaintiff's medically determinable impairments; and (4) consult a vocational expert as

02  necessary.   The parties agree that either party may raise and pursue additional issues, including

03  any discussed in plaintiff's Opening Brief.   (See Dkt. 12.)    The parties further stipulate that,

04  upon proper application, plaintiff is entitled to reasonable attorney fees and expenses pursuant

05  to 28 U.S.C. § 2412.

06        Given the above, the Court recommends that United States District Judge Marsha J.

07  Pechman immediately approve this Report and Recommendation and order the case

08  REVERSED and REMANDED for further administrative proceedings.   A proposed order

09  accompanies this Report and Recommendation.

10        DATED this 25th day of October, 2010.

11

12

13                                    Mary Alice Theiler
                                      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2